**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Leonel LUNA–PEREZ, Defendant–Appellant.**

No. 05–10802.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 20, 2007.

Jacki Lynn Ireland, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Bruce A. Alldredge, Esq., Phoenix, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Leonel Luna–Perez appeals from his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a). We dismiss this appeal.

Luna–Perez contends the district court abused its discretion by denying his motion to withdraw the guilty plea, despite the existence of intervening case law that rendered the guilty plea invalid. This contention lacks merit, because of this court's opinion in *Morales–Izquierdo v. Gonzales,* 477 F.3d 691 (9th Cir.2007) (en banc).

Absent any other grounds for invalidating the guilty plea, we enforce the waiver and dismiss Luna–Perez's appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (explaining that appeal waiver is valid when it is entered knowingly and voluntarily).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.